UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

IN RE: )
DANNY R. HILYER ) CASE NO. 15-40986
)
)
)
Debtor(s) )

## AMENDMENT TO CHAPTER 13 PLAN

The Debtor hereby amend his Chapter 13 Plan.

DATE: 8/ 7 /15

By: /S/THOMAS M. SEMMES
LEGAL CLINIC OF SEMMES & SEMMES, P.C.
MARCUS A SEMMES, ASB-6791-A64S
THOMAS M. SEMMES, ASB-4357-M74T
ATTORNEY AT LAW
1207 Noble Street
Anniston, AL 36201
(256) 236-7354

## CERTIFICATE OF SERVICE

I hereby certify that I have on August 7 , 2015 copy of the following in the above referenced case by via pacer on the following, **Linda B. Gore, Chapter 13 Trustee** at debtors@bellsouth.net, and via the United States Postal Service, properly addressed and First Class postage prepaid to the following:

**ALL CREDITORS ON ATTACHED MATRIX**

/S/THOMAS M. SEMMES
THOMAS M. SEMMES ASB-4357-M74T
MARCUS A. SEMMES ASB-6791-A64S
ATTORNEY AT LAW

APPENDIX E  |  Chapter 13 Plan  |  Case No.: 15-40986
Debtor(s): DANNY R. HILYER    SSN# 6568
SSN#
Net Monthly Earnings: $ 2258.00
Number of Dependents: 1

Full Address: 1112 GRAND AVE NW, FT PAYNE AL 35967

I. Plan Payments:

(XX) Debtor(s) propose to pay direct a total of $ 383.00 ___weekly ___bi-weekly ___semi-monthly XX monthly into the plan; or

Length of plan is __60__ months, and the total amount of debt to be disbursed by the Trustee is $ 22980.00

II. From the payments received, the trustee shall make disbursements as follows:

A. PRIORITY payments described in 11 U.S.C. § 507 in full deferred cash payments:

FILING FEE debtor paid $310.00 at the time of filing;

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| NONE | | | |

B. Total ATTORNEY FEE: $3000.00 to be paid as it becomes available;

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred case payments as follows:

1. Long Term Debts

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed fixed payments on Arrearage |
|---|---|---|---|---|---|---|---|
| NONE | | X  By Trustee | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee: *

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt (Payoff Balance) | Debtor's value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment Begins |
|---|---|---|---|---|---|---|---|---|
| FIRST FEDERAL BANK | | 6958.85 | 31500.00 | | HOUSE & LAND | 5.25% | 132.12 | Conf. |
| | | | | | | | | |

III. Other debts not shown in 1. or 2. Above which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| NONE | | | | |

IV. Special Provisions:

___ This is an original plan.

X This is an amended plan replacing plan dated 6/25/15

X This plan proposes to pay unsecured creditors approximately 65 %

* Non-Purchase Money Vehicles

X Any non exempt proceeds from lawsuits will be paid to the trustee.

X Debtor surrenders the 2012 Yamaha motorcycle to Cap1/Yamaha in full satisfaction of the debt.

X The Debtors shall pay all prepetition and postpetition electric service charges in lieu of posting a deposit under 11 U.S.C. § 366

X Adequate Protection will be provided by valuing the collateral as of the filing date of the case so that there will be no decrease in value due to the stay. Adequate Protection payment will be paid until the creditor starts receiving their fixed payment.

DATED 8/6/15

SIGNATURE OF DEBTOR

/S/THOMAS M. SEMMES
LEGAL CLINIC OF SEMMES AND SEMMES, PC
MARCUS A SEMMES           DATED_____
THOMAS M. SEMMES                                       SIGNATURE OF DEBTOR
1207 NOBLE STREET
ANNISTON, AL 36201
(256)236-7354

Label Matrix for local noticing
1126-1
Case 15-40986-JJR13
NORTHERN DISTRICT OF ALABAMA
Anniston
Fri Aug  7 10:12:25 CDT 2015

U. S. Bankruptcy Court
1129 Noble Street, Room 117
Anniston, AL 36201-4674

ANESTHESIA MANAGEMENT GROUP
PO BOX 680045
FT. PAYNE AL 35968-1601

CAP1/IMAHA
26525 N RIVERWOODS BLVD
METTAWA, IL 60045-3440

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850-5298

DANNY R. HILYER
1112 GRAND AVE NW
FT. PAYNE, AL 35967-3042

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850-5316

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

EQUIFAX
PO BOX 740241
ATLANTA GA 30374-0241

EXPERIAN
701 EXPERIAN PKWY
ALLEN TX 75013-3715

FIRST FEDERAL BANK
1400 GAULT AVE N
FORT PAYNE, AL 35967-3236

GADSDEN REGIONAL MEDICAL CTR
PO BOX 8607
GADSDEN, AL 35902-8607

HEALTHSOUTH REHABILITATION
HOSPITAL OF GADSDEN
801 GOODYEAR AVE
GADSDEN AL 35903-1133

IC SYSTEMS INC.
PO BOX 64378
ST PAUL MN 55164-0378

Legal Clinic of Semmes and Semmes
1207 Noble Street
Anniston, AL 36201-4640

MRS BPO LLC
1930 OLNEY AVE
CHERRY HILL NJ 08003-2016

NATHAN AND NATHAN, PC
P.O. BOX 1715
BIRMINGHAM, AL 35201-1715

NATIONWIDE CREDIT, INC
P.O. BOX 26314
LEHIGH VALLEY, PA 18002-6314

PROFESSIONAL ACCOUNT SERVICES
PO BOX 188
BRENTWOOD TN 37024-0188

STONELEIGH RECOVERY ASSOC.
PO BOX 1479
LOMBARD IL  60148-8479

SYNCB/LOWES
PO BOX 965005
ORLANDO, FL 32896-5005

THE BUREAUS INC.
1717 CENTRAL ST
EVANSTON, IL 60201-1507

TRANS UNION
P.O. BOX 6790
FULLERTON, CA 92834-9416

WALKER & ISBELL SURGEONS, PA
321 MEDICAL CENTER DR
FT PAYNE AL  35968-3420

Linda Baker Gore
NON-PAYMENTS: P.O. Box 1338
Gadsden, AL 35902

Thomas M Semmes
Legal Clinic of Semmes and Semmes
1207 Noble Street
Anniston, AL 36201-4640

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CAPITAL ONE BANK VISA - BANKRUPTCY DEPT
P.O. BOX 5155
NORCROSS, GA 30091

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Danny R. Hilyer
1112 Grand Ave NW
Ft Payne, Al 35967-3042

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27